

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00350-CV

THURMAN H. WEST, Appellant

V.

GWENDOLYN MESHALLE WEST, Appellee

Appeal from the 300th District Court of Brazoria County. (Tr. Ct. No. 55385).

This case is an appeal from the final judgment signed by the trial court on February 12, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the portion of the trial court's judgment awarding appellee, Gwendolyn Meshalle West, attorney's fees and dividing the marital property. Accordingly, the Court **reverses** this portion of the trial court's judgment and **remands** the case to the trial court for further proceedings.

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment. Therefore, the Court **affirms** the remaining portions of the trial court's judgment.

The Court orders that the appellant, Thurman H. West, pay one half of the appellate costs. The Court orders that the appellee, Gwendolyn Meshalle West, pay one half of the appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Jennings.